# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United Healthcare Services, Inc., ) ) ) Plaintiff, ) ) v. ) ) Cephalon, Inc., Barr Pharmaceuticals, Inc., ) Mylan Laboratories, Inc., Sun ) Pharmaceutical Industries, Ltd. (f/k/a ) Ranbaxy Laboratories, Ltd.), Ranbaxy ) Pharmaceuticals, Inc., Teva Pharmaceutical ) Industries, Ltd., and Teva Pharmaceuticals ) USA, Inc., ) ) Defendants. ) ) | Civil No. 2:17-cv-00555-MSG |

## ORDER

This matter comes before the Court upon the Stipulation for Extension of Time ("Stipulation") (ECF No. __) between Plaintiff United Healthcare Services, Inc. ("UHS") and Defendants Ranbaxy Pharmaceuticals, Inc. ("Ranbaxy") and Sun Pharmaceuticals Industries, Ltd. ("Sun"). **IT IS HEREBY ORDERED** that the parties' Stipulation is **GRANTED** as follows:

1. The deadline for Defendants Ranbaxy and Sun to move against, answer, or otherwise respond to Plaintiff UHS's Amended Complaint and Demand for Jury Trial (the "Amended Complaint"), dated September 30, 2016 is extended to **April 14, 2017.**

Date: 4/3/, 2017

Mitchell S. Goldberg
United States District Judge
for the Eastern District of Pennsylvania

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United Healthcare Services, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Cephalon, Inc., Barr Pharmaceuticals, Inc., ) <br> Mylan Laboratories, Inc., Sun ) <br> Pharmaceutical Industries, Ltd. (f/k/a ) <br> Ranbaxy Laboratories, Ltd.), Ranbaxy ) <br> Pharmaceuticals, Inc., Teva Pharmaceutical ) <br> Industries, Ltd., and Teva Pharmaceuticals ) <br> USA, Inc., ) <br> ) <br> Defendants. ) <br> ) | Civil No. 2:17-cv-00555-MSG |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff United Healthcare Services, Inc. ("UHS") and Defendants Ranbaxy Pharmaceuticals, Inc. ("Ranbaxy"), and Sun Pharmaceuticals Industries, Ltd. ("Sun"), that the deadline for Ranbaxy and Sun to move against or answer UHS's Amended Complaint and Demand for Jury Trial (the "Amended Complaint"), dated September 30, 2016 shall be and hereby is extended to April 14, 2017. Ranbaxy and Sun further stipulate and agree that they will not file a motion to stay between March 31, 2017 and April 14, 2017. Ranbaxy and Sun Defendants reserve all objections and defenses to this case, including, but not limited to, jurisdictional defenses.

1

March 31, 2017

/s/ Neill C. Kling
Neill C. Kling
Harkins Cunningham LLP
4000 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 851-6709
nkling@harkinscunningham.com

J. Douglas Baldridge (pro hac vice forthcoming)
Danielle R. Foley (pro hac vice forthcoming)
Lisa Jose Fales (pro hac vice forthcoming)
Vincent E. Verrocchio (pro hac vice forthcoming)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4000
jbaldridge@venable.com
dfoley@venable.com
ljfales@venable.com
vverrocchio@venable.com

*Counsel for Defendants Ranbaxy Pharmaceuticals, Inc. and Sun Pharmaceuticals Industries, Ltd.*

/s/ *Hamish P.M. Hume* (with permission)
Hamish P. M. Hume (pro hac vice)
Abby L. Dennis (pro hac vice)
Kyle Smith (pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 237-2727
hhume@bsfllp.com
adennis@bsfllp.com
ksmith@bsfllp.com

Jonathan R. MacBride (Atty. ID No. 77177)
ZELLE LLP
401 Plymouth Road, Suite 120
Plymouth Meeting, PA 19462
Telephone: (484) 532-5330
jmacbride@zelle.com

2

Judith A. Zahid (pro hac vice)
Jonathan Watkins (pro hac vice)
Eric Buetzow (pro hac vice)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 91404
(415) 633-1916

*Counsel for United Healthcare Services, Inc.*

3