# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED HEALTHCARE SERVICES, INC.,** : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | No. 17-555 |
| : | |
| **CEPHALON, INC.,** : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 13th day of February, 2018, upon consideration of Defendant Sun Pharmaceutical Industries, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 45), Plaintiff United Healthcare Services, Inc.'s Response (Doc. No. 60), and Defendant's Reply Brief (Doc. No. 62), and as set forth in this Court's accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,      J.**