## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED HEALTHCARE SERVICES, INC., | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| | : | |
| v. | : | No. 17-555 |
| | : | **FILED** |
| CEPHALON, INC., | : | |
| | : | JUL 26 2019 |
| Defendants. | : | |
| | : | KATE BARKMAN, Clerk |
| | | By_____Dep. Clerk |

## ORDER

**AND NOW,** this 26th day of July, 2019, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs. The Court of Clerk is directed to mark this action closed.

It is further **ORDERED** that Defendants' Motion for Summary Judgment Regarding Statute of Limitations (Doc. No. 241), Defendants' Motion for Summary Judgment on Damages/Standing (Doc. No. 242), Defendants' Motion to Determine the Applicable Law (Doc. No. 243), and Defendant Ranbaxy's Motion for Summary Judgment Due to Lack of Causation (Doc. No. 244) are **DENIED AS MOOT**.

BY THE COURT:

**MITCHELL S. GOLDBERG, J.**